HOUSING AUTHORITY OF THE CITY OF NEWARK, NEW JERSEY,
a body politic and corporate, appellant,

*v.*

JULIA M. RYAN, MARY P. RYAN and COLUMBIA RYAN,
respondents.

[Submitted October term, 1940. Decided April 3d, 1941.]

*Mr. Milton R. Konvitz* and *Mr. Samuel Roessler,* for the
appellant.

*Messrs. Kanter & Kanter (Mr. Elias A. Kanter),* for the
respondents.

The opinion of the court was delivered by

BODINE, J.

The appeal is from an order entered July 3d, 1940, in the
Court of Chancery dismissing the petition of the appellant
seeking leave to pay money in a condemnation matter into the
court pending an appeal from the award made by the commis-
sioners. Before the order of dismissal was entered, the appel-
lant had withdrawn the fund on its order entered on notice.
There was, therefore, no *res* in court when the petition was
dismissed. In equity it is the substance and not the form
which controls. The appeal is palpably frivolous and will
be dismissed.

We have, however, carefully considered the merits of the case and if we were at liberty to affirm we should do so, for the reasons stated by Vice-Chancellor Bigelow in *Housing Authority of Newark* v. *Ryan, 127 N. J. Eq. 482.*

The appeal is dismissed, with costs.

*For affirmance*—PARKER, CASE, DONGES, WELLS, WOLFS-KEIL, JJ. 5.

*For dismissal*—THE CHIEF-JUSTICE, BODINE, HEHER, PERSKIE, PORTER, DEAR, RAFFERTY, HAGUE, JJ. 8.